# IN THE SUPREME COURT OF THE STATE OF NEVADA

PAUL JAY MOON,
                    Appellant,
            vs.
JOSEPH LOMBARDO, SHERIFF;
LVMPD; LVMPD INTERNAL AFFAIRS;
LVMPD SEAN KILLEAN #9675; AND
LVMPD DETECTIVE JETER,
                    Respondents.

No. 81870

FILED

OCT 23, 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
          DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court minute order denying multiple motions for failure to allege facts sufficient for the court to grant relief. Eighth Judicial District Court, Clark County; Timothy C. Williams, Judge.

Our preliminary review of the documents before this court reveals a jurisdictional defect. Specifically, the order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b) (listing orders and judgments from which an appeal may be taken). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels Corp.*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule authorizes an appeal from the above-mentioned order. *See also Rust v. Clark Cty. Sch. Dist.*, 103

20-38956

Nev. 686, 747 P.2d 1380 (1987) (explaining that a district court's minute order cannot be appealed, and that a written order or judgment must be filed before a district court ruling can be appealed). Accordingly, we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

cc:    Hon. Timothy C. Williams, District Judge
Paul Jay Moon
Eighth District Court Clerk